Jason B. Lattimore, Esq.
Vincent M. Mekles, Esq.
LATHAM & WATKINS LLP
One Newark Center, 16th Floor
Newark, New Jersey  07102-3174
Telephone: (973) 639-1234
Facsimile: (973) 639-7298

*Attorneys for Defendants Orchid Chemicals & Pharmaceuticals Ltd., Orchid Healthcare, and Orgenus Pharma Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TEVA NEUROSCIENCE, INC.**, et al., | Case No.: 2:10-cv-05078-JLL-CCC |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| **WATSON PHARMA, INC.**, et al., | **DOCUMENT ELECTRONICALLY FILED** |
| Defendants. | |

To: The Clerk of the Court and All Counsel of Record

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendants Orchid Chemicals & Pharmaceuticals Ltd., Orchid Healthcare, and Orgenus Pharma Inc.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

        Respectfully submitted,

        LATHAM & WATKINS LLP

        /s/ Jason B. Lattimore
        Jason B. Lattimore, Esq.
        Latham & Watkins LLP
        One Newark Center, 16th Floor
        Newark, NJ 07102-3174
        Telephone: (973) 639-1234
        Email: jason.lattimore@lw.com

        Attorneys for Defendants Orchid Chemicals & Pharmaceuticals Ltd., Orchid Healthcare, and Orgenus Pharma Inc.

Dated: November 2, 2010
Newark, NJ