**LITE DEPALMA GREENBERG, LLC**
Allyn Z. Lite
Michael E. Patunas
Mayra V. Tarantino
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

*Attorneys for Plaintiffs*
*Teva Neuroscience, Inc.,*
*Teva Pharmaceuticals USA, Inc. and*
*Teva Pharmaceutical Industries Ltd.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., | Civil Action No.: 10-5078(FSH)(PS) |
| *Plaintiffs*, | |
| v. | |
| WATSON PHARMA, INC., WATSON LABORATORIES, INC., WATSON PHARMACEUTICALS, INC., WATSON PHARMA PRIVATE LTD. - UNIT IV, MYLAN PHARMACEUTICALS INC., MYLAN INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD., ORCHID HEALTHCARE (a division of Orchid Chemicals & Pharmaceuticals Ltd.), and ORGENUS PHARMA INC. | Motion Date: May 16, 2011 |
| *Defendants*. | |

**NOTICE OF MOTION TO DISMISS/STRIKE WATSON AND ORCHID'S AMENDED COUNTERCLAIMS AND AFFIRMATIVE DEFENSES ALLEGING INEQUITABLE CONDUCT AND ORCHID'S ATTEMPTED MONOPOLIZATION COUNTERCLAIM**

TO:  ALL COUNSEL IN THE CAPTIONED MATTER

**PLEASE TAKE NOTICE** that on May 16, 2011 at 10:00 am, or as soon thereafter as counsel may be heard, Plaintiffs Teva Neuroscience, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. (collectively, "Teva") will move before this Court, at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Courtroom 5D, Newark, NJ 07101, for an order dismissing Watson Laboratories, Inc. ("Watson") and Orchid Chemicals & Pharmaceuticals Ltd., Orchid Healthcare (a division of Orchid Chemicals & Pharmaceuticals Ltd) and Orgenus Pharma Inc.'s (collectively "Orchid") Amended Counterclaims and striking Watson and Orchid's Affirmative Defenses for failure to adequately plead inequitable conduct, pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f), and dismissing Orchid's attempted monopolization Counterclaim for failure to adequately plead the existence of an exception to Teva's *Noerr-Pennington* Immunity.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Teva will rely upon the accompanying Memorandum of Law in Support of Motion to Dismiss/Strike Watson and Orchid's Amended Counterclaims and Affirmative Defenses Alleging Inequitable Conduct and Orchid's Attempted Monopolization Counterclaim and the Declaration of Kelley E. Walsh, dated April 15, 2011.  A proposed form of Order is also submitted herewith.

                                                Respectfully submitted,

Dated:  April 20, 2011                    By:  /s/ Michael E. Patunas
                                                LITE DEPALMA GREENBERG, LLC
                                                Allyn Z. Lite
                                                Michael E. Patunas
                                                Mayra V. Tarantino
                                                Two Gateway Center, 12th Floor

Newark, New Jersey 07102-5003
(973) 623-3000
alite@litedepalma.com
mpatunas@litedepalma.com
mtarantino@litedepalma.com

GOODWIN PROCTER LLP
Francis C. Lynch
Laurie S. Gill
John T. Bennett
Exchange Place
Boston, MA 02109
(617) 570-1000
flynch@goodwinprocter.com
lgill@goodwinprocter.com
jbennett@goodwinprocter.com

Annemarie Hassett
The New York Times Building
620 Eighth Avenue
New York, NY  10018-1405
ahassett@goodwinprocter.com

*Attorneys for Plaintiffs*
*Teva Neuroscience, Inc., Teva Pharmaceuticals*
*USA, Inc. and Teva Pharmaceutical Industries Ltd.*

<u>Certificate of Service</u>

I certify that on April 20, 2011, I caused true copies of the foregoing Plaintiffs' Notice of Motion to Dismiss/Strike Watson and Orchid's Amended Counterclaims and Affirmative Defenses Alleging Inequitable Conduct and Orchid's Attempted Monopolization Counterclaim to be served upon the following counsel of record in this action by ECF and Electronic Mail:

| | |
|---|---|
| Counsel for Mylan Defendants/Counterclaimants | MCDERMOTT WILL & EMERY LLP<br>Joseph R. Robinson<br>Robert Schaffer<br>Louis J. DelJuidice<br>Shilpa V. Patel, Ph.D.<br>340 Madison Avenue<br>New York, NY 10173<br>(212) 547-5400<br>jrobinson@mwe.com<br>rschaffer@mwe.com<br>ldeljuidice@mwe.com<br>spatel@mwe.com |
| Counsel for Watson Defendants/Counterclaimants | DUANE MORRIS LLP<br>Sheila Raftery Wiggins<br>744 Broad Street<br>Suite 1200<br>Newark, NJ 07102<br>(973) 424-2055<br>srwiggins@duanemorris.com<br><br>Robert M. Gould, Ph.D.<br>Richard T. Ruzich<br>Suite 3700 South LaSalle Street<br>Chicago, IL 60603<br>rmgould@duanemorris.com<br>rtruzich@duanemorris.com<br><br>Kerry B. McTigue<br>Suite 1000<br>505 9th Street, N.W.<br>Washington, DC 20004<br>kbmctigue@duanemorris.com |

|  | Vicky G. Norton, Ph.D.<br>Suite 900<br>101 West Broadway<br>San Diego, CA 92101<br>vgnorton@duanemorris.com<br><br>Andrew J. Kozusko, III, Esq.<br>Suite 5010<br>600 Grant Street<br>Pittsburgh, PA 15219<br>ajkozusko@duanemorris.com |
|---|---|
| Counsel for Orchid Defendants/Counterclaimants | LATHAM & WATKINS<br>Jason B. Lattimore<br>Vincent M. Mekles<br>One Newark Center<br>16th Floor<br>Newark, NJ 07101<br>(973) 639-1234<br>jason.lattimore@lw.com<br>vincent.mekles@lw.com<br><br>Terrence J. Connolly<br>885 Third Avenue<br>New York, NY 10022<br>terrence.connolly@lw.com<br><br>Kenneth G. Schuler<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>kenneth.schuler@lw.com<br><br>Darryl H. Steensma<br>Jake Ryan<br>12636 High Bluff Drive<br>Suite 400<br>San Diego, CA 92130<br>darryl.steensma@lw.com<br>jake.ryan@lw.com |
| Counsel for Mylan Defendants/Counterclaimants | MCDERMOTT WILL & EMERY LLP<br>Michael D. Hall<br>Louis J. DelJuidice<br>Shilpa V. Patel, Ph.D.<br>340 Madison Avenue<br>New York, NY 10173 |

|  |  |
|---|---|
|  | (212) 547-5400<br>mhall@mwe.com<br>ldeljuidice@mwe.com<br>spatel@mwe.com |
| Counsel for Watson Defendants/Counterclaimants | DUANE MORRIS LLP<br>Sheila Raftery Wiggins<br>744 Broad Street<br>Suite 1200<br>Newark, NJ 07102<br>(973) 424-2000<br>srwiggins@duanemorris.com<br><br>Robert M. Gould, Ph.D.<br>Richard T. Ruzich<br>Suite 3700 South LaSalle Street<br>Chicago, IL 60603<br>rmgould@duanemorris.com<br>rtruzich@duanemorris.com<br><br>Kerry B. McTigue<br>Suite 1000<br>505 9th Street, N.W.<br>Washington, DC 20004<br>kbmctigue@duanemorris.com<br><br>Vicky G. Norton, Ph.D.<br>Suite 900<br>101 West Broadway<br>San Diego, CA 92101<br>vgnorton@duanemorris.com |
| Counsel for Orchid Defendants/Counterclaimants | LATHAM & WATKINS<br>Jason B. Lattimore<br>Vincent M. Mekles<br>One Newark Center<br>16th Floor<br>Newark, NJ 07101<br>(973) 639-1234<br>jason.lattimore@lw.com<br>vincent.mekles@lw.com<br><br>Terrence J. Connolly<br>885 Third Avenue<br>New York, NY 10022<br>terrence.connolly@lw.com |

|  | Kenneth G. Schuler<br>233 South Wacker Drive, Suite 5800<br>Chicago, IL 60606<br>kenneth.schuler@lw.com<br><br>Darryl H. Steensma<br>12636 High Bluff Drive<br>Suite 400<br>San Diego, CA 92130<br>darryl.steensma@lw.com |
|---|---|

/s/ Michael E. Patunas
Michael E. Patunas