UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> *Plaintiffs,* <br><br> v. <br><br> WATSON LABORATORIES, INC., MYLAN PHARMACEUTICALS INC., MYLAN INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD., ORCHID HEALTHCARE (a division of Orchid Chemicals & Pharmaceuticals Ltd.) and ORGENUS PHARMA INC. <br><br> *Defendants.* | Civil Action No. 10-5078 (CCC)(JAD) |

## [~~PROPOSED~~] ORDER REVISING CERTAIN PROVISIONS OF THE PRETRIAL SCHEDULING ORDER

**WHEREAS,** on July 7, 2011 Plaintiffs Teva Neuroscience, Inc., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. (collectively, "Teva") requested by letter that the Court reduce the number of depositions/deposition hours and interrogatories because the parties agreed to dismiss all counterclaims concerning U.S. Patent No. 7,578,834;.

**WHEREAS,** on July 11, 2011 the parties presented their positions to the Court at a Status Conference, then met and conferred and presented revised positions to the Court;

**THEREFORE, IT IS HEREBY ORDERED THAT:**

(1) The first sentence of Paragraph 7(a) on page 3 of the Pretrial Scheduling Order (D.I. 131) is revised to read: "Each side may conduct no more than 110 hours of deposition." If any party decides that it needs additional deposition time, it shall submit a letter request to the Court explaining why it needs additional time.

(2) Paragraph 6(a) on page 3 of the Pretrial Scheduling Order (D.I. 131) is revised to read: "Each side may serve 8 interrogatories common to the adverse side and 12 additional interrogatories (no subparts) upon each party, which shall be responded to within 30 days of service." The parties will withdraw all interrogatories propounded to date and all responses to interrogatories served to date.

(3) The protocol for seeking the Court's intervention concerning disputes set forth on page 3, paragraph 9 of the Pretrial Scheduling Order (D.I. 131) shall be revised to read: "Counsel shall confer in a good faith attempt to informally resolve any and all discovery disputes <u>before</u> seeking the Court's intervention. Should such informal efforts fail to resolve the dispute, the party objecting to the discovery can present the dispute to the Court by letter. The party seeking the disputed discovery shall have 10 calendar days to respond with a letter to the Court. If necessary, the Court will schedule a conference to resolve the dispute."

Dated: July 15th, 2011

_____
The Honorable Joseph A. Dickson
United States Magistrate Judge

2