DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

SHEILA RAFTERY WIGGINS
DIRECT DIAL: 973.424.2055
PERSONAL FAX: 973.556.1486
*E-MAIL:* srwiggins@duanemorris.com

*www.duanemorris.com*

April 27, 2012

*VIA ECF*

Hon. Joseph P. Dickson, U.S.M.J.
U.S. District Court, District of New Jersey
Martin Luther King Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:** **Teva Neuroscience, Inc. v. Watson Laboratories, Inc., et al.**
> **Civil Action No. 10-cv-5078 (CCC-JAD)**
>
> **Teva Neuroscience, Inc., et al. v. Apotex Corp., et al.**
> **Case No. 11-cv-03076 (CCC)(JAD)**

Dear Judge Dickson:

This firm represents defendant Watson Laboratories, Inc. ("Watson") regarding the above-referenced action. Submitted for your review and approval, and with the consent from our adversary, enclosed please find our applications for Pro Hac Vice admission of Anthony J. Fitzpatrick, Esq., Christopher Kroon, Esq. and Rekha Hanu, Ph. D., Esq.

Thank you for your consideration regarding this matter.

Respectfully submitted,

*/s/ Sheila Raftery Wiggins*

Sheila Raftery Wiggins

---

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                    WALTER GREENHALGH, RESIDENT PARTNER

744 BROAD STREET, SUITE 1200   NEWARK, NJ 07102-3889                    PHONE: 973.424.2000   FAX: 973.424.2001
DM1\3271813.1