IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> WATSON LABORATORIES, INC., et al. <br><br> *Defendants*. | Civil Action No.: 10-5078(CCC)(JAD) |
| TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> APOTEX CORP. and APOTEX INC., <br><br> *Defendants*. | Civil Action No.: 11-2076 (CCC)(JAD) <br><br> CONSOLIDATED CASES |

**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING COMPLETION OF RULE 30(b)(6) DEPOSITIONS OF PLAINTIFF AND IDENTIFICATION OF ISRAELI HAGUE CONVENTION REQUEST DEPONENTS**

**WHEREAS,** on April 10, 2012 the Court ordered that the depositions of Plaintiffs' Rule 30(b)(6) witnesses be completed by May 4, 2012 and that within one week of the completion of Plaintiffs' Rule 30(b)(6) depositions, Defendants will identify who among the twenty individuals identified in the Israel Hague Convention requests, if any, they wish to depose.

**WHEREAS,** three of the five Rule 30(b)(6) deponents designated by Teva have already been deposed in the United States and the fourth will be made available for deposition on May 4, 2012 in the United States. Teva has agreed to produce the fifth Rule 30(b)(6) deponent for deposition in the United States during the week of May 14, 2012, the first available time that the deponent could travel to the United States;

313822 v1

**WHEREAS**, the Defendants have agreed that they will identify which of the twenty individuals that are the subject of their outstanding Hague Convention requests in Israel, if any, they wish to depose by May 10, 2012, even though the final Teva Rule 30(b)(6) witness will not be deposed until the week of May 14, 2012.

**THEREFORE,** in view of the foregoing;

**IT IS HEREBY STIPULATED AND ORDERED THAT**

1. The final Teva Rule 30(b)(6) deposition will be completed by May 17, 2012.

2. The Defendants will identify who among the twenty individuals that are the subject of their outstanding Hague Convention requests in Israel, if any, they wish to depose by May 10, 2012.

3. This Order shall be subject to modification on good cause shown.

Dated: May 2, 2012

| **LITE DEPALMA GREENBERG, LLC** | **MCDERMOTT WILL & EMERY LLP** |
|---|---|
| /s/ Michael E. Patunas | /s/ Louis J. DelJuidice |
| Allyn Z. Lite | Joseph R. Robinson |
| Michael E. Patunas | Louis J. DelJuidice |
| Mayra V. Tarantino | Paul M. Zagar |
| Two Gateway Center, Suite 1201 | 340 Madison Avenue |
| Newark, New Jersey 07102 | New York, NY 10173-1922 |
| (973) 623-3000 | (212)547-5400 |
| alite@litedepalma.com | ldeljuidice@mwe.com |
| mpatunas@litedepalma.com | |
| mtarantino@litedepalma.com | *Attorneys for Defendants Mylan Pharmaceuticals, Inc. and Mylan Inc.* |
| **GOODWIN PROCTER LLP** | |
| Francis C. Lynch | **DUANE MORRIS LLP** |
| Laurie S. Gill | |
| John T. Bennett | /s/Sheila Raftery Wiggins |
| Exchange Place | Sheila Raftery Wiggins |
| Boston, MA 02109 | 744 Broad Street |
| (617) 570-1000 | Suite 1200 |
| flynch@goodwinprocter.com | Newark, NJ 07102 |
| lgill@goodwinprocter.com | 973 424-2000 |
| jbennett@goodwinprocter.com | srwiggins@duanemorris.com |

313822 v1

2

Annemarie Hassett
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
ahassett@goodwinprocter.com

*Attorneys for Plaintiffs*
*Teva Neuroscience, Inc., Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd.*

Vicki G. Norton, PhD.
Suite 900
101 west Broadway
San Diego, CA 92101
vgnorton@duanemorris.com

*Attorneys for Defendant Watson Laboratories, Inc.*

**LATHAM & WATKINS**

/s/ Jason B. Lattimore
Jason B. Lattimore
One Newark Center
16th Floor
Newark, NJ 07101
(973) 639-1234
jason.lattimore@lw.com

Terrence J. Connolly
855 Third Avenue
New York, NY 10022
terrence.connolly@lw.com

Kenneth G. Schuler
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
kenneth.schuler@lw.com

Darryl H. Steensma
Jake Ryan
12636 High Bluff Drive
Suite 400
San Diego, CA 92130
darryl.steensma@lw.com
jake.ryan@lw.com

*Attorneys for Defendants Orchid Chemicals & Pharmaceuticals Ltd, Orchid Healthcare (a division of Orchid Chemicals & Pharmaceuticals Ltd) and Orgenus Pharma Inc.*

PODVERY, MEANOR, CATENACCI, HILDNER, COCOZIELLO & CHATTMAN

/s/ Gregory D. Miller
Gregory D. Miller
The Legal Center, One Riverfront Plaza
Newark, NJ 07102
(973) 623-1000
gmiller@podvey.com

KATTEN MUCHIN ROSENMAN LLP
Robert B. Breisblatt
Brian Sodikoff
Craig M. Kuchii
Christopher B. Ferenc
525 West Monroe Street
Chicago, IL 60661
(312) 902-5480
robert.breisblatt@kattenlaw.com
brian.sodikoff@kattenlaw.com
craig.kuchii@kattenlaw.com
christopher.ferenc@kattenlaw.com

*Attorneys for Defendants Apotex Corp. and Apotex Inc.*

IT IS HEREBY SO ORDERED.

Dated: May 3, 2011

_____
Honorable Joseph A. Dickson, U.S.M.J.