**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
By:     Sheila Raftery Wiggins, Esq.
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102-5429
Telephone: 973.424.2000
Facsimile: 973.424.2001
srwiggins@duanemorris.com

*Attorneys for Defendants, Watson Pharma, Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., Watson Pharma Private Ltd –Unit IV*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> WATSON LABORATORIES, INC., MYLAN PHARMACEUTICALS INC., MYLAN INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD., ORCHID HEALTHCARE (a division of Orchid Chemicals & Pharmaceuticals Ltd.), and ORGENUS PHARMA INC., <br><br> *Defendants*. | **CONSOLIDATED CASES** <br><br> Civil Action No.:  10-5078 (CCC)(JAD) |
| TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> *Plaintiffs*, <br><br> v. <br><br> APOTEX CORP. and APOTEX INC., <br><br> *Defendants*. | Civil Action No.:  11-3076 (CCC)(JAD) <br><br> *Document Electronically Filed* <br><br> **REQUEST BY LOCAL COUNSEL FOR PRO HAC VICE ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION** |

Request is hereby made by local counsel for pro hac vice counsel to receive electronic notification in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear pro hac vice in the within matter has been entered; and,

2. The Admission Fee, in the amount of $150.00, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court simultaneously with this filing for Anthony J. Fitzpatrick, Esq.

**DUANE MORRIS LLP**
*A Delaware Limited Liability Partnership*
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102
*Watson Pharma, Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc., Watson Pharma Private Ltd –Unit IV*

Dated: May 8, 2012         By: */s/Sheila Raftery Wiggins*
         Newark, New Jersey                Sheila Raftery Wiggins

**PRO HAC VICE ATTORNEY INFORMATION:**

Anthony J. Fitzpatrick, Esq.
DUANE MORRIS LLP
Suite 2400
100 High Street
Boston, MA 02110-1724
Email: AJFitzpatrick@duanemorris.com