Mark I. Schlesinger
TROUTMAN SANDERS LLP
One Gateway Center, Suite 2600
Newark, New Jersey 07102
(973) 645-0899
e-mail: mark.schlesinger@troutmansanders.com

*Attorneys for Defendants Mylan Pharmaceuticals, Inc.
        and Mylan, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TEVA NEUROSCIENCE, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>Plaintiff,<br><br>v.<br><br>WATSON LABORATORIES, INC., MYLAN PHARMACEUTICALS INC., MYLAN INC., ORCHID CHEMICALS & PHARMACEUTICALS LTD., ORCHID HEALTHCARE (a division of Orchid Chemicals & Pharmaceuticals Ltd.), and ORGENUS PHARMA INC.<br><br>Defendants. | Civil Action No.: 10-cv-5078(CCC)(JAD) |

**REQUEST BY LOCAL COUNSEL FOR
*PRO HAC VICE* ATTORNEY
TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.   An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered [DE 80]; and

1

    2.      The Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), <u>has been paid</u> to the Clerk of the Court; and

    3.      Mr. Robinson was previously a member of McDermott Will & Emery LLP, and has now become a member of Troutman Sanders LLP.

Dated: May 14, 2012

                        <u>s/Mark I. Schlesinger</u>
                        Mark I. Schlesinger

<u>*PRO HAC VICE* ATTORNEY INFORMATION:</u>

Joseph R. Robinson
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6246 (phone)
(212) 794-6288 (fax)
Joseph.Robinson@troutmansanders.com